# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL BAKER                                                                                          PLAINTIFF
ADC #600691

v.                                        4:24-cv-00889-JM-JJV

DEXTER PAYNE, Chief Deputy Director,
Arkansas Division of Correction, *et. al*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 20) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 21st day of April, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE