IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL BAKER                                                                                                    PLAINTIFF
ADC #600691

v.                                              4:24-cv-00889-JM-JJV

DEXTER PAYNE, Chief Deputy Director,
Arkansas Division of Correction, *et. al*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 26) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Partial Summary Judgment (Doc. 17) is GRANTED IN PART and DENIED IN PART. Defendant Payne be DISMISSED without prejudice from this lawsuit. Plaintiff may proceed with his Eighth Amendment sleeping bag claim against Defendant Straughn from April 8, 2024 to September 4, 2024. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE