# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL BAKER
ADC #600691                                                                                          PLAINTIFF

v.                                          4:24-cv-00889-JM

DEXTER PAYNE,
Chief Deputy Director,
Arkansas Division of Correction, *et al*.                                                        DEFENDANTS

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. 43), this case has been settled by mutual agreement and is, therefore, DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE