IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL BAKER
ADC #600691                                                                                    PLAINTIFF

v.                                       4:24-cv-00889-JM

DEXTER PAYNE,
Chief Deputy Director,
Arkansas Division of Correction, *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 30, 44), Plaintiff's claims are DISMISSED with prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 26th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE